ACCEPTED
14-14-00829-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 1:35:44 PM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00829-CV**

*In the Fourteenth Court of Appeals*

**Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 1:35:44 PM
CHRISTOPHER A. PRINE
Clerk

**MICHAEL QUEEN and IAN MAGEE.**

*Appellants/ Cross Appellee*

VS.

**RBG USA, INC.**

*Appellee/ Cross Appellants*

From the 268th Judicial District Court of and for Fort Bend County, Texas
Honorable Brady G. Elliott, Presiding; Trial Court Cause No. 09-DCV-175886

**JOINT MOTION TO CLARIFY
BREIFING SCHEDULE**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellants/Cross Appellees, Michael Queen and Ian Magee and Appellees/Cross Appellants RBG USA, Inc., submits this Joint Motion to Clarify Briefing Schedule, and in support thereof would show the following:

1. All parties timely filed notices of appeals in the case at bar.

2. Pursuant to the briefing schedule, all parties timely filed their Briefs on June 8, 2015.

3. Appellants/Cross Appellees, Queen and Magee's counsel mistakenly labeled their brief "Appellee's Brief" on the cover of their Brief.

4. Based on the Texas Rules of Appellate Procedure, responsive Briefs are supposed to be due 30 days after the initial Brief(s) are filed. T.R.A.P Rule 38.6(b). However,

based on Appellants/Cross Appellees mislabeling its Brief, the clerk issued a briefing schedule allowing only 20 days to file a responsive brief.

5. Based on the Appellate Rules, the partied have agreed and humbly request this Court approve the following schedule:

    a. Responsive Briefs are due on **July 8th** (30 days after Appellants' Briefs were filed. T.R.A.P. Rule 38.6(b));

    b. Reply Briefs will be due on **July 28th** (20 days after Appellees' Brief will be filed. T.R.A.P. Rule 38.6(c)).

6. This Motion is not sought for delay only but so that justice may be done.

WHEREFORE, PREMISIS CONSIDERED, Appellants/Cross Appellees and Appellee/Cross Appellant respectively asks the Court to clarify the briefing schedule as specified above in order to align the briefing with the Texas Rules of Appellate Procedure.


Respectfully submitted,

| | |
|---|---|
| STEPHEN J. SCHECHTER, P.C. | GARDERE WYNNE SEWEL, LLP |
| /s/ Stephen J. Schechter | /s/ Michael R. Rahmn |
| Stephen J. Schechter | Craig D. Dillard |
| State Bar No. 17735512 | State Bar No. 24040808 |
| 607 E. Blanco Rd. | Michael R. Rahmn |
| Suite 792 | State Bar No. 24074924 |
| Boerne, Texas 78006 | 1000 Louisiana, Suite 3400 |
| Tel: (830) 249-3500 | Houston, Texas 77002-5007 |
| Fax: (830) 249-8500 | Tel: (713) 276-5500 |
| stephen@sjs-pc-law.com | Fax: (713) 276-5555 |
| | cdillard@gardiere.com |
| ATTORNEY FOR APPELLANTS | mrahamn@gardere.com |
| | ATTORNEYS FOR APPELLEES |